UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   ILIE IUSAN,

    Defendant.
_____/

CRIMINAL NO. 07-20462

HONORABLE ARTHUR J. TARNOW

## STIPULATED ORDER OF REMOVAL

Pursuant to the defendant's waiver of his right to notice and hearing under section 238(c)(2) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(2), and the defendant's stipulation to the entry of a judicial order of removal/deportation from the United States as set forth in Paragraph 4 of the Rule 11 Plea Agreement in this matter pursuant to section 238(c)(5) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(5), and with the concurrence of the designee of the Assistant Secretary for U.S. Immigration and Customs Enforcement:

IT IS HEREBY ORDERED that defendant ILIE IUSAN be removed from the United States to Romania, or to any other country as prescribed by the immigration laws and regulations of the United States, following any sentence of imprisonment imposed by this Court.

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: October 25, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 25, 2007, by electronic and/or ordinary mail.

                                      S/THERESA E. TAYLOR
                                      Case Manager